IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02424-MSK-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

CHRISTOPHER ADAMS,

      Plaintiff - Intervenor,

v.

ALBERTSON'S LLC, f/k/a ALBERTSON'S, INC.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Unopposed Motion for Leave to Intervene By Applicant Christopher Adams (*doc. # 7)* is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the Complaint and Jury Demand of Intervenor Christopher Adams (*doc no. 7-2*) tendered to the court on January 7, 2009.

**DATED:**    January 12, 2009