IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02424-MSK-CBS

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

and

CHRISTOPHER ADAMS,

     Plaintiff - Intervenor,

v.

ALBERTSON'S LLC, f/k/a ALBERTSON'S, INC.,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that parties' Joint Motion to Stay Proceedings (*doc. # 12*) is GRANTED.

     IT IS FURTHER ORDERED that the February 25, 2009 scheduling conference and all related deadlines are VACATED.

     IT IS FURTHER ORDERED that parties shall submit a status report no later than **March 23, 2009**.

**DATED:**    February 19, 2009